# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EDWARD C. WARREN

NO. 2022 KW 0180

**APRIL 25, 2022**

---

In Re:    Edward C. Warren, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          613,214.

---

**BEFORE:    WHIPPLE, C.J., CHUTZ AND HESTER, JJ.**

  **WRIT DENIED.**

                              **VGW**
                              **WRC**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.s_
DEPUTY CLERK OF COURT
    FOR THE COURT